[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Carstaphen*, Slip Opinion No. 2024-Ohio-976.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-976

THE STATE OF OHIO, APPELLEE, *v*. CARSTAPHEN, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Carstaphen*, Slip Opinion No. 2024-Ohio-976.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2022-1297—Submitted January 6, 2023—Decided March 19, 2024.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 110906, 2022-Ohio-3129.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

KENNEDY, C.J., and FISCHER, DEWINE, and DETERS, JJ., concur.

DONNELLY, J., dissents and would hold the cause for the decision in 2023-1289, *State v. Smith*.

STEWART and BRUNNER, JJ., dissent and would order the parties to brief the appeal on proposition of law No. I.

_____

Cullen Sweeney, Cuyahoga County Public Defender, and Francis Cavallo, Assistant Public Defender, for appellant, Antonio Carstaphen.

_____